RECEIVED
IN ALEXANDRIA, LA.

NOV 27 2012

TONY R. MOORE, CLERK
BY: _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| EVELYN DENISE MOSE | CIVIL ACTION NO. 12-cv-1539 |
| VS. | JUDGE TRIMBLE |
| ESTES LEDOUX | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that defendant's Motion for Order of Compliance and Alternative Dismissal for Failure to Comply with 12(c) Order [doc. 6] is GRANTED and all federal claims asserted by plaintiff are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this matter be REMANDED to the Thirty-Third Judicial District, Parish of Allen, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27th day of November, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE